### GREEN L. KEY v. WESLEY PHELPS.

**Sales—Failure of Consideration—Fraud.**

A sale of land by one, believing he held a good title to the land, is not fraudulent, where the land was afterwards, by will disposed of, said will not being of record at the time of the sale.

**Same.**

The purchaser being put in possession of the land, using it for several years, cannot claim a total failure of consideration and disregard the bond for title for a quit claim deed.

**Specific Performance—Sales—Bond for Title.**

Under a sale of land by bond for title, neither party being in fault as to the defective title, the vendee's remedy is for a specific execution, and not for recovery of the consideration money.

APPEAL FROM BULLITT CIRCUIT COURT.

December 16, 1868.

OPINION OF THE COURT BY JUDGE WILLIAMS:

When Phelps sold by quit claim the land to Key he doubtless believed he had the title and so did Key, as no one had then propounded the will of Mrs. McHarous' deceased father. Key was put into possession and enjoyed the land for several years, therefore, there was not a total failure of consideration to authorize a disregard of the bond for a quit claim deed, no such fraud shown as to make it void, and had there been, it would have been barred unless this had been discovered within five years before bringing the suit. There was no error in adjudging against the plaintiff's

right of recovery for the consideration money, and though the judgment for a specific execution seems entirely fruitless, yet this is the most appellant is entitled to. Judgment affirmed.

*Bunch & See, for appellant.*

*I. & J. Caldwell, R. H. Field, for appellee.*